UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRUCE A. ROATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01105 ERW |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #10] filed pursuant to Fed.R.App.P. 24(a)(1). This Court finds that the applicant lacks the financial inability to pay any portion of the required filing fee and shall therefore grant Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #10] is **GRANTED**.

So Ordered this 30th Day of August, 2007.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**